In the Matter of LUCIAN LAMM, Appellant, against ANDREW J. CLAUSON, JR., et al., Constituting the Board of Education of the City of New York, et al., Respondents.

Argued April 11, 1949; decided May 19, 1949.

*Donald I. Peyser, Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*John P. McGrath, Corporation Counsel* (*Michael A. Castaldi, Seymour B. Quel* and *Arthur H. Kahn* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.